958 A.2d 1038

**COMMONWEALTH of Pennsylvania**

v.

**Miguel Angel PADILLA**

**Appeal of Government of Mexico.**

**No. 569 CAP.**

Supreme Court of Pennsylvania.

Oct. 9, 2008.

### ORDER

PER CURIAM.

**AND NOW,** this 9th day of October, 2008, the Government of Mexico's Notice of Appeal is **QUASHED,** and the Common-

wealth's "Motion to Quash the Appeal Filed By Counsel Who Are Not of Record" is **DENIED AS MOOT.**